2:23-cv-00286-MPB-MJD

SCANNED at WVCF and Emailed on
6·12·23 by [initials] · 22 pages.
(date)    (initials)    (num)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

Anthony Martin,
               Plaintiff,

vs.

Sarah Bedwell, et. al,
               Defendant,

(Enter above the full name of the
Defendant(s) in this action.)

Case No.: _____
(TO BE SUPPLIED BY THE CLERK)

**FILED**
**06/12/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT

## I. PARTIES

The names and addresses of each plaintiff and defendant are as follows:

A. Plaintiff:
   Name: Anthony Martin
   Identification Number: 945288
   Address: P.O. Box 1111
            Carlisle, IN. 47838

B. Defendant(s)
   (1) Name: Sarah Bedwell
       Title: Centurion Administrator
       Address: 6908 South Old U.S. Hwy 41
                Carlisle, IN. 47838
   (2) Name: WVCF Dentist
       Title: Dentist
       Address: 6908 South Old U.S. Hwy 41
                Carlisle, IN. 47838

BK3

(1)

(3) Bobbi Riggs
Ass. Health Administrator
6908 South Old U.S. Hwy 41
Carlisle, In. 47838

(4) Amy Wright
D.O.N
6908 South Old U.S. Hwy 41
Carlisle, In. 47838

(5) Kim Hobson
Ass. D.O.N
6908 South Old U.S. Hwy 41
Carlisle, In. 47838

(6) Dr. Bryd
Doctor
6908 South Old U.S. Hwy 41
Carlisle, In. 47838

(7) Wexford Health of Indiana
Medical Providers
334 North Senate Ave
Indianapolis, In. 46204

(8) Centurion Health of Indiana
Medical Providers
6908 South Old U.S. Hwy 41
Carlisle, In. 47838

(9) Thomas Wellington
Grievance Manager
6908 South Old U.S. Hwy 41
Carlisle, In. 47838

(10) Shelby Crichfield
Grievance Specialist
6908 South Old U.S. Hwy 41
Carlisle, In. 47838

(11) Tawni Templeton
Grievance Specialist
6908 South Old U.S. Hwy 41
Carlisle, In. 47838

(12) Carla Coakley
Grievance Manager
6908 South Old U.S. Hwy 41
Carlisle, In. 47838



Name _____
Title _____
Address _____
_____

(Identify additional plaintiffs and defendants on a separate sheet of paper using this same outline)

## II. STATEMENT OF JURISDICTION AND PREVIOUS LAWSUITS:

Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because This is A civil Action Authorized by 42 U.S.C., section 1983 to Redress the deprivation under color of state law, And Rights secured by U.S. Constitution. The Court has jurisdiction under 28 U.S.C., section 1331 And 1343. The Court Also has supplemental jurisdiction of plaintiff's state law claims pursuant to 28 U.S.C. § 1367. This Court is Appropriate venue under 28 U.S.C. section 1391.

If the same facts alleged or claims made in this suit have been previously presented to any other state or federal court in an earlier suit, for each such earlier suit identify the parties, the Court in which it was filed, the docket number assigned to the suit, the status of such earlier suit, (for example: pending, dismissed, set for trial, on appeal, etc.). and the nature of the disposition if the earlier case is closed.

No

## IV. CAUSE OF ACTION

State which of your constitutional or federal rights, privileges or immunities have been violated and summarize in one or two sentences what the defendant(s) did to violate your rights in that regard. If you are claiming that more than one of your constitutional rights were violated, use a separate paragraph (ground) for each right, privilege or immunity which was violated. If you have more than three (3) grounds, identify them in a separate attached piece of paper.

BK3

Ground 1: Deliberate Indifference / ongoing Dental / delayed treatment Sarah Bedwell, WVCF Dentist, Bobbi Riggs, Amy Wright, Kim Hobson, Dr. Byrd, Thomas Wellington, Shelly Crichfield, Tawni Templeton, Carla Coakley, Centurion Health Services, Wexford of Indiana is responsible for Deliberate Indifference to plaintiff serious medical needs and Denial of ongoing treatment.

Ground 2: 8th Amendment Cruel and Unusual Punishment Sarah Bedwell, WVCF Dentist, Bobbi Riggs, Amy Wright, Kim Hobson, Dr. Byrd, Thomas Wellington, Shelly Crichfield, Tawni Templeton, Carla Coakley is responsible for Cruel and Unusual Punishment

Ground 3: State Law negligence, emotional distress, Intentional emotional distress (failure to intervene / failure to Act, Monell claims [unconstitutional policy] Sarah Bedwell, WVCF Dentist, Bobbi Riggs, Amy Wright, Kim Hobson, Dr. Byrd, Thomas Wellington, Shelly Crichfield, Tawni Templeton, Carla Coakley Centurion Health Services, Wexford of Indiana is responsible for negligence, Intentional emotional distress, failure to intervene/act, Monell claims.

(Identify additional grounds on a separate sheet of paper)

## V. STATEMENT OF FACTS

State here the FACTS of your case. You should outline both the facts on which your suit is based and the particular role of each defendant in those circumstances.

(1) Wexford Health Services of Indiana was the [acting] medical provider that delivered medical services and Dental services to the Indiana Department of Corrections and [its] inmates to July 1, 2021.

(2) Centurion Health Services of Indiana took over July 1, 2021

BK3

(4)

and was the [sole] medical provider for the Indiana Dept. of Corrections, and was responsible for the delivery of medical services, mental health services as well as dental services, throughout this complaint.

(3) Centurion Health Services mainly rehired [all] of Wexford medical providers, nurses, staff, etc. Such as Sarah Bedwell, WVCF Dentist, Bobbi Riggs, Amy Wright, Kim Hodson, Dr. Boyd, as their staff to [deliver] its functions, and these mentioned defendants have been at Wabash Valley Correctional Facility [on site] throughout this complaint.

(4) Plaintiff start having a series of pain in his mouth throughout January and February 2021, which he submitted several health care requests.

(5) Amy Wright and Kim Hodson was responsible for the scheduling of appointments, which plaintiff was told that they are aware of the incident and was placed on the dentist list.

(6) Plaintiff didn't hear nothing back, which plaintiff resubmitted several health care forms and this time reached out to Amy Wright, Kim Hodson, Dr. Boyd, Thomas Wellington and Tawni Templeton and was told that Wabash Valley did not have a dentist at that time.

(7) Plaintiff filed a grievance about the issue and address the pain that he was in and the denial of treatment and delayed care.

(5)

(8) Plaintiff was still waiting to see a dentist, which on July 1, 2021 Centurion Health Services took over as the medical providers for Wabash Valley Correctional Facility.

(9) Plaintiff contacted Amy Wright, Kim Hobson, Bobbi Riggs, Dr. Byrd which they had continued to work for the [new] medical provider and was familiar with Plaintiff, and Plaintiff was told that Wabash Valley still had no dentist.

(10) Plaintiff resubmitted another grievance to Thomas Wellington, Tawni Templeton and Shelby Crichfield and was told that the grievance was denied, but the issue was with medical department which there was no dentist at the time.

(11) Centurion Health Services in 2022 hired a new medical administrator and promoted Bobbi Riggs who was now responsible for the scheduling of appointments, which again Plaintiff filed several medical/health request to see the dentist and was to that the WVCF dentist was on maternity leave, and for him to be patient.

(12) Plaintiff was subjected to extreme pain, having to eat his food on one side of his mouth, constant sharp shooting pain, migraine headaches, etc.

(13) Plaintiff again reached out to Mrs. Bedwell, Mrs. Riggs, WVCF dentist, Dr. Byrd and was told that he was still on the waiting list and to be patient because its nothing can be done at that time.

6

(14) On August 3, 2022 plaintiff filed an "emergency" grievance with Thomas Wellington, Shelby Crutchfield, Carla Coakley [WVCF grievance Dept.] and was told that it was not an "emergency" and that medical was aware of the situation, and the grievance was denied.

(15) Plaintiff awaited the "Dentist" which Mrs. Bedwell, WVCF Dentist, Bobbi Riggs, Amy Wright, Kim Hudson, Dr. Boyd, Thomas Wellington, Shelby Crutchfield, Tawni Templeton, Carla Coakley knew of this delay, knew of the pain and serious condition of plaintiff's mouth and failed to intervene or act.

(16) On or about the begining of 2023 plaintiff was sent to IWC [off-site] transported to another facility to see an oral surgeon, and x-rays was taken of plaintiff's mouth.

(17) Plaintiff was told that he needed to see a "dentist" immediately, and the oral surgeon stated that he "ordered" hot pads or decompression hot rags to be placed on plaintiff's jaw and to see a doctor for further treatment.

(18) Plaintiff returned to Wabash Valley, which he informed Mrs. Bedwell, Mrs. Riggs, Dr. Boyd and other medical personnel as to the oral surgeon "orders" which nothing was done, and fell on deaf ears.

(19) Plaintiff did not receive any hot pads or anything as to the oral surgeon requests, and when plaintiff saw Dr. Boyd as to this issue it was completely ignored and plaintiff was re-reffered to the dentist.

(7)

20) At this moment, Wabash Valley do not have an onsite dentist and many inmates are waiting to see the dentist. Centurion is completely unconstitutional as it requires a Dental services and is responsible for ongoing delayed treatment.

21) When plaintiff addressed this issue to Mrs. Bedwell, Mrs. Riggs, Dr. Boyd it was stated that Dental is not treated as an "emergency", which Centurion has [its] policies, procedures, protocols which prioritize its scheduling as to sick-calls, doctor visits, etc. Centurion has unconstitutional policies.

22) As of today, plaintiff has not been seen by WVCF dentist and as of plaintiff knowledge Wabash Valley has no "Dentist" at this moment, and is still experiencing extreme pain in his mouth.

   I hereby swear under the penalties of perjury that this complaint is true and correct to the best of my knowledge.

                                             Respectfully,

                                             [signature]

III. Plaintiff request a jury trial on [All] triable issues / claims.

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

Im seeking 3.3 million dollars in compensatory damages jointly and or severally. Im seeking 50,000 (fifty thousand dollars) in punitive damages from each medical staff / custody defendants. Im seeking nominal damages against the medical staff / personnel and all custody defendants. Im also seeking any reimbursement of any costs occured from this cause of action, and any future costs, and or life long effects and damages.

## AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this 2nd day of June, 2023.

_____
Plaintiff

BK3