UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ANTHONY MARTIN,<br><br>    Plaintiff,<br><br>  v.<br><br>SARAH BEDWELL Centurion Administrator, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 2:23-cv-00286-MPB-MJD<br>)<br>)<br>)<br>)<br>)<br>) |

## FINAL JUDGMENT

The Court has ordered that this action be **dismissed with prejudice**. The Court now enters **FINAL JUDGMENT**.

Dated: May 22, 2025

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

ANTHONY MARTIN
945288
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only

Served electronically on all ECF-registered counsel of record.